**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Eastern District of Wisconsin | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Rocketplane Kistler, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**76-0835242** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1825 Nimitz Dr.**<br>**De Pere, WI**<br>ZIP Code **54115** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Brown** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**    **\*\*\* Paul G. Swanson \*\*\***

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Rocketplane Kistler, Inc.** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Rocketplane Kistler, Inc.**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Paul G. Swanson**
Signature of Attorney for Debtor(s)

**Paul G. Swanson**
Printed Name of Attorney for Debtor(s)

**Steinhilber, Swanson, Mares, Marone & McDermott**
Firm Name

**107 Church Avenue**
**P.O. Box 617**
**Oshkosh, WI 54903-0617**

Address

**920-235-6690  Fax: 920-426-5530**
Telephone Number

**June 15, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ George French**
Signature of Authorized Individual

**George French**
Printed Name of Authorized Individual

**Majority Shareholder**
Title of Authorized Individual

**June 15, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **Rocketplane Kistler, Inc.**                           ,      Case No. _____

                                             Debtor

                                                         Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 9 | 108,250.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 3,700,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 19 | | 3,662,429.51 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 108,250.00 | | |
| Total Liabilities | | | | 7,362,429.51 | |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com             Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re     **Rocketplane Kistler, Inc.**         ,

Case No. _____

                     Debtor

Chapter _____**7**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

In re   **Rocketplane Kistler, Inc.**            ,       Case No.     _____

                                     Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |
| | | (Report also on Summary of Schedules) | |

  **0**   continuation sheets attached to the Schedule of Real Property

In re     **Rocketplane Kistler, Inc.**        ,     Case No. _____

                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                  Sub-Total >       **0.00**
                                               (Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

In re     **Rocketplane Kistler, Inc.**                   ,     Case No. _____

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                        Sub-Total >        **0.00**
                                                      (Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

In re    **Rocketplane Kistler, Inc.**                                 ,      Case No. _____

                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | **Aerospace patents and other intellectual property - see attached** | - | **Unknown** |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **unassembled flight hardware - Orbital Vehicle (OV) Tank and Launch Assist Platform (LAP) Tank; these are engine fuel tanks for the first and second stage of takeoff and flight** | - | **30,000.00** |
| | | **5 Blue Tools - certified space flight hardware transportation vehicles; custom designed and fabricated transportation equipment used to move the shuttle pieces around the factory floor during assembly** | - | **50,000.00** |
| | | **8 manufacturing toolings - used to build structural members of the space flight vehicle** | - | **5,000.00** |
| | | **Aluminum structural components (would be used to hold the OV and LAP Tanks)** | - | **20,000.00** |
| | | **Tooling and parts used for flight equipment testing; propellant systems; flight hardware and machine parts; large manufacturing motors (30' high) used to help manufacture the tanks** | - | **3,250.00** |

|  | Sub-Total > | **108,250.00** |
|---|---|---|
|  | (Total of this page) | |

Sheet  **2**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

In re   **Rocketplane Kistler, Inc.** _____,   Case No. _____
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Largest/most valuable equipment is listed above; see attached inventory list (2 years old); some of the equipment was sold, but much remains.  Little resale value beyond what is listed above** | - | **0.00** |
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >   **0.00**
(Total of this page)
Total >   **108,250.00**

Sheet   3   of   3   continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

# Intellectual Property - Kistler Aerospace Corporation

| | Issued Patents | | Kistler Aerospace Corporation Intellectual Property includes Patents, Patent Applications & Trademarks | Description of the Patent |
|---|---|---|---|---|
| | | Updated 7 Jul 05 | | |
| No. | Issued/Filed | Patent No. Serial No. | Commonly known title/"Patent Title" | |
| 1 | 16-Sep-97 | 5,667,167 | **Walter's Methods & Apparatus Platform** | The founder's early reusable unmanned hardware designs for single stage to orbit (SSTO) and two stage |
| X | PATENT ISSUED | 08/299,088 | "Methods and Apparatus for Reusable launch Platform and Reusable Spacecraft" | space launch vehicles to orbit by Walter P. Kistler. The early designs were reusable hardware, lower cost and included |
| | | | | innovations including the Launch Assist Platform, (LAP), a landing net, composite materials and others. |
| 2 | 27-Jul-99 | 5,927,653 | **Dr. Mueller's "Two Stage"** | Dr. George E. Mueller joined the company in the 1994-5 and conceptualized, designed and started |
| X | PATENT ISSUED | 08/632,786 | "Two-Stage Reusable Earth-to-Orbit Aerospace Vehicle and | building the Two Stage Reusable Launch Vehicle (RLV) hardware described in this Patent and being fabricated now. |
| | Filed 4/17/1996 | | Transport System" 13 Inventors | The design attacked the cost of transportation with reusable components and health maintenance in a wingless RLV. |
| 3 | 11-Feb-99 | 701,902 | **Australian Erector Hardware Petty Patent** | Australian Petty Patent 701,902, called the "Spacecraft Launch System and Method" is a short term |
| ▮ | PATENT ISSUED | 08/030,511 | "Spacecraft launch system and method" | Australian Petty Patent designed to protect our structural steel erector hardware that supports the K-1 launch |
| | | | Protection in force until Jul 23, 2004 | system including the hardware that supports the K-1 in the horizontal position, provides a seat for the transition. |
| 4 | 13-Feb-01 | 6,186,039 | **Horiz. To Vertical Launch Assembly** | This Patent solves with hardware the liftup problems from horizontal to vertical and uses the same |
| ▮ | PATENT ISSUED | 09/030,511 B1 | "Spacecraft Launch System and Method" | general concept and drawings as the shorter term Australian Petty Patent. The patent protects our structural steel |
| | | | | hardware for lifting the K-1 launch vehicle. |
| 5 | 4-Jul-00 | 6,082,676 | **LOX Skirts** | This United States Patent solves the design problem encountered when a cryogenic tank made from aluminum |
| X | PATENT ISSUED | 09/030,662 | "Cryogenic Tanks for Launch Vehicles" | connects with a structure that has a different coefficient of thermal expansion. The outside tube of the K-1 is |
| | 25-Feb-98 | | | made from composite materials. The solution is used between the aluminum tank and the composite materials. |
| 6 | 12-Dec-00 | 6,158,693 | **Three Engines in a Line** | The patent solves the design problem of restarting one rocket engine in a cluster of three engines |
| X | PATENT ISSUED | 09/030,724 | "Recoverable Booster Stage and Recovery Method" | in space. Most launch vehicles, including the partly reusable space shuttle, cluster their engines in a |
| | 25-Feb-98 | | | circular configuration. |
| 7 | 20-Jun-00 | 6,076,771 | **"Sys & Method of Controlling Re-Entry Vehicle"** | This Patent solves the design problem of controlling the re-entry of a flare stabilized cylindrical . |
| X | PATENT ISSUED | 09/030,627 | Roll Control of Cylindrical Re-Entry Vehicle | vehicle with a weight saving interior solution. The numerous emerging spaceplane designs use wings, engines |
| | 25-Feb-98 | | Bailey's Roll Control of a Re-Entry Vehicle | and other means to provide a crossrange capability, or not re-entering at the precise location. |
| 8 | 9-May-00 | 6,059,234 | **Payload Module** | The Patent solves the design problem of providing an opening for payloads in a blunt re-entry nose. Most rockets |
| X | PATENT ISSUED | 09/034,038 | "Payload Fairing Assembly" | experience maximum ascent heating on a nose shroud that is discarded upon attaining orbit and this shroud is |
| | 17-Apr-98 | | Patent issued by PTO May 9, 2000 | never reused or the entire rocket is never reused. The payload is then ejected from the rocket. |
| 9 | 29-Oct-96 | 5,568,901 | **"Two-Stage Launch Vehicle & Trajectory"** | This patent in the reusable launch vehicle (RLV) industry became available for sale in 2000. Kistler |
| X | PATENT ISSUED | 08/283,739 | The "Stiennon Patent" | Aerospace purchased the entire rights to the Patent. The patent describes an early launch vehicle considered by |
| | 1-Aug-94 | | Purchased from Assignee - Gates | some as not buildable, but provides the company a broader spectrum of IP ownership in the emerging RLV industry. |
| 10 | 5-Sep-00 | 6,113,032 | **"Delivering Liq Propellant-Reusable Booster Stage"** | The Patent solves the design problem of providing propellant to the Launch Assist Platform (LAP) |
| X | PATENT ISSUED | 09/030,645 | LOX Retention Tank | engines for the ascent and return to launch site. The problem is complex partly because the engine is turned off |
| | 25-Feb-98 | | | between the burns. The solution is two in-line tanks, while assuring the second tank is available, when required. |

**CONFIDENTIAL**

Case 10-29963-svk    Doc 1    Filed 06/15/10    Page 11 of 65

SPACE EXPLORERS INC

9203394619

03/16/2010 08:51

# Intellectual Property - Kistler Aerospace Corporation

**Issued Patents**

| No. | Issued/Filed | Patent No. Serial No. | Kistler Aerospace Corporation Intellectual Property includes Patents, Patent Applications & Trademarks — Commonly known title/"Patent Title" | Description of the Patent |
|---|---|---|---|---|
| 11 | 31-Jul-01 PATENT ISSUED 1-Mar-99 | 6,267,330 09/260,857 | "Liquid Oxygen Downcomer" The "LOX Downcomer" BB File No. 063939.0114 | Patent solves the design problem of two tanks in each stage arranged along the longitudinal axis & routing of feedlines around the bottom tank by placing a second tank in a passageway through the first tank. |
| 12 | 18-Sep-01 PATENT ISSUED 5-Mar-99 | 6,289,818 09/263,470 Done C6O | "Stage Separation System and Method" The Trapped Air as Separation System Christensen O'Connor File No. KIST-1-16182 | This Patent solves the problem of separating two RLV stages in ascent phase with a minimum of pyrotechnics, which complicate the launch sequence using trapped air. |
| 13 | 4-Feb-03 PATENT ISSUED 11-Dec-00 | 6,513,760 09/735,201 B1 | "Logistics Module System and Method" The Logistics Module System for the K-1 Christensen O'Connor File No. KIST-1-16313 | This Patent solve the problem of launch cost by reducing the weight of the vehicle by combining the container functions into one container and simplifying the traditional docking to soft berthing. |
| 14 | 14-Sep-04 PATENT ISSUED 23-Apr-02 | 6,789,767 10/132,083 | "Active Dispenser for Reusable Launch Vehicle" Active Dispenser DWT 59967-38, IDF # 060 | This Patent solves the problem of sharing launch costs with multiple satellite payload delivery by the use of common subsystems and the same vehicle. |
| 15 | Published US 2003- Patent Pending 13-Aug-02 | 0037819 A1 10/217,741 | "Liquid Loading techniques" Liquid Loading - Propellant DWT 59967-4D, IDF # 058, KACUTL002 | This Patent solves the problem of propellant loading delays and stoppages by providing innovation in three methods of accomplishing the propellant loading and launch abort recovery of propellant. |
| 16 | Published US 2005- Patent Pending 5-Aug-04 | 0061919 A1 10/913,094 | "Method of use of external secondary payloads" External Payloads DWT 59967-SO, IDF # 063, K063DIV | This Patent solves the problem of trying to duplicate with a series of surface based wind tunnels, the complicated ascent and re-entry heating environment encountered by a space launch vehicle. |
| 16d | Published US 2005- Patent Pending 31-Oct-03 | 0124312 A1 10/698,261 | "System and Method of use of external secondary payloads" Divisional External Payloads DWT uses same file 59967-SO, IDF # 063, K063DM | This Patent solves the problem of trying to duplicate with a series of surface based wind tunnels, the complicated ascent and re-entry heating environment encountered by a space launch vehicle. A Divisional is forced by the patent examiner, when two inventions are in the same application. |
| 17 | Published US 2004- Patent Pending | 0188562 A1 10/682,761 | "Commercial Experiment System in Orbit" Internal Payloads DWT 59967-42, IDF # 039, K039 UTIL | This Patent solves the problem rapid turnaround for experimenters in microgravity by providing 22 hours of orbital microgravity with power, data flow and return of sample. |
| 18 | | | | |

means Brown file in Kirkland Office

means Maintenance Fee Payment Process has started at the USPTO and a copy of payment is is the Brown file in the Kirkland Office

means the date the Utility Patent Application was filed in the USPTO and used as the start date in calculating the time in PTO processing or ~36 months to Patent Issue



CONFIDENTIAL

Case 10-29963-svk   Doc 1   Filed 06/15/10   Page 12 of 65

# Intellectual Property - Kistler Aerospace Corporation

| No. | Date Filed | Our No. | Commonly known title/Patent Title | Description Of Utility Patent Application |
|-----|-----------|---------|-----------------------------------|------------------------------------------|
| | Utility Patent Applications | | Title/File Number | |
| | | | | Most old Utility Patent Applications not listed |
| 1 | 25-Feb-98 | IDF # 011 09/030,511 | Two Stage Reusable Earth ..Orbit Veh BB File No. 063939.0115 | Early concepts Issued Patent |
| 2 | 14-Dec-01 | IDF# 054 09/735,201 | "Logistics Module Sys & Method" PCT/US/00/34166(Foreign Pat Appl Terminated) | Commercial delivery to ISS Issued Patent |
| 3 | 23-Apr-02 | IDF#060 10/132,083 | "Active Dispenser" KIST119022 | Multiple payloads Issued Patent |
| 4 | 13-Aug-02 | IDF # 058 10/217,741 | "Liquid Loading" KACUT002 Atty. Docket | Multiple methods of propellant loading |
| 5 | 9-Oct-03 | IDF# 039 10/682,761 | "Internal Secondary Payloads" KO39UTIL | small payloads inside |
| 6 | 31-Oct-03 | IDF#063 10/698,261 | "External Secondary Payloads" KO69UTIL | Re-entry tests on the exterior at various locations with various temperatures |
| 7 | 29-Jun-05 | IDF# 068 | "Reusable Orbital Vehicle With Interchangable" Modules" K068 | Module with seats Passenger Module |
| 8 | | IDF# 075 | IDF075 | RLV with Interchangable Cargo Modules |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |


CONFIDENTIAL

Case 10-29963-svk   Doc 1   Filed 06/15/10   Page 13 of 65

# Intellectual Property - Kistler Aerospace Corporation

## Provisional Patent Applications

| No. | Date Filed | PTO No. | Commonly known Title/Patent Title | Description of Provisional Patent Application |
|---|---|---|---|---|
| 1 | 5-Dec-99 | 60/170,749 14-Dec-99 | ISS Logistics Module K001      IDF 054 | Commercial Logistics for ISS |
| 2 | | | Composite Tank Details K002      IDF 053 | Hatch and other composite fabrication problems solved |
| 3 | 17-Aug-01 | 60/313,277 | Liq Loading Propellant K003      IDF 058 | Three methods of loading propellant. |
| 4 | | | Secondary Payloads K004      IDF 039 | Early sm payloads stuffed in vacant volume |
| 5 | 23-Apr-01 | 60/258,908 25-Apr-01 | Active Dispenser      K005      IDF 060 | Satellite launcher assist |
| 6 | | | Secondary Research Payloads K006      IDF 050 | Mid-deck in vacant volume |
| 7 | 13-Oct-02 | 60/418,858 15-Oct-02 | Internal Secondary Payloads      KACL-1      IDF 039 | Interior payload in ~ eight places. |
| 8 | 5-Nov-02 | 60/424,159 6-Nov-02 | External Secondary Payloads      IDF 063 | Re-entry testing location in about six places on the exterior. |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

7/7/05 10:48 AM T. Taylor - PA2chart.els      Proprietary



Page 4 of 5

Case 10-29963-svk    Doc 1    Filed 06/15/10    Page 14 of 65

# Intellectual Property - Kistler Aerospace Corporation

**Trademark Applications No. Description**

| No. | Date Filed Approved | Number | Commonly known title/Trademark Title | |
|-----|---------------------|--------|--------------------------------------|---|
| 1 | 31-Jul-99 17-Mar-00 | 803322 issued | KAC Trademark in Australia | KISTLER aerospace corporation |
| 2 | 29-Jul-99 | 75/770715 entitled | KAC Servicemark in United States per letter 8 Aug 01 & Gazette Pub. | KISTLER aerospace corporation |
| 3 | 5-Aug-99 | 803368 Accepted | Kistler Woomera PTY LTD in Australia per letter 24 April 01 and fee paid operate vehicle | KISTLER woomera pty ltd |
| 4 | 5-Aug-99 | 803324 Accepted | Spaceport Woomera PTY LTD-Australia per letter 24 April 01 and fee paid own spaceport | SPACEPORT woomera pty ltd |

**Trademark File Location:**


CONFIDENTIAL

In re   **Rocketplane Kistler, Inc.**                 ,      Case No. _____

                                        Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                               $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                *with respect to cases commenced on or after the date of adjustment.)*
■ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
| --- | --- | --- | --- |

    **NONE.**

In re     **Rocketplane Kistler, Inc.**             ,      Case No. _____

                                Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

     State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

     List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

     If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

     If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

     Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | General Business Security Agreement | | | | | |
| **Creditor #: 1**<br>**George French**<br>**1825 Nimitz Dr.**<br>**De Pere, WI 54115** | | - | | | | | | |
| | | | Value $         **0.00** | | | | 1,400,000.00 | 1,400,000.00 |
| Account No. | | | General Business Security Agreement | | | | | |
| **Creditor #: 2**<br>**MacDonald Dettwiler**<br>**13800 Commerce Parkway**<br>**Richmond, British Columbia**<br>**Canada V6V 2J3** | | - | | | | | | |
| | | | Value $         **0.00** | | | | 2,300,000.00 | 2,300,000.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

   **0**    continuation sheets attached

| | Subtotal<br>(Total of this page) | 3,700,000.00 | 3,700,000.00 |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | 3,700,000.00 | 3,700,000.00 |

In re  **Rocketplane Kistler, Inc.** ,  Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

**0**    continuation sheets attached

In re **Rocketplane Kistler, Inc.** , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. **Creditor #: 1 Abercrombie & Kent 1411 Opus Place Downers Grove, IL 60515-1098** | | - | | | **Possible liability in lawsuit with Abercrombie & Kent** | | | | **Unknown** |
| Account No. **Creditor #: 2 Active Innovations 218 Main St. #333 East Setauket, NY 11733** | | - | | | | | | | **3,625.00** |
| Account No. **Creditor #: 3 Active Innovations 218 Main St. #333 East Setauket, NY 11733** | | - | | | | | | | **3,625.00** |
| Account No. **Creditor #: 4 AEROJET-General Corp. PO Box 13222 Sacramento, CA 95813-6000** | | - | | | **Shareholder, Notice Only** | | | | **0.00** |
| | | | | | | | Subtotal (Total of this page) | | **7,250.00** |

__18__ continuation sheets attached

In re **Rocketplane Kistler, Inc.** ,  Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>**Creditor #: 5**<br>**AMEEN, Al-Turki**<br>**C/O National Commercial Bank**<br>**PO Box 61866**<br>**Riyadh, SA 11575** | - | | Shareholder - Notice Only | | | | **0.00** |
| Account No.<br>**Creditor #: 6**<br>**Andrews Aerospace**<br>**3415 S. 116th Street, Ste 123**<br>**Seattle, WA 98168** | - | | | | | | **Unknown** |
| Account No.<br>**Creditor #: 7**<br>**AOPA**<br>**421 Aviation Way**<br>**Frederick, MD 21701** | - | | | | | | **Unknown** |
| Account No.<br>**Creditor #: 8**<br>**Associated Visa Business Card**<br>**PO Box 790408**<br>**Saint Louis, MO 63179-0408** | - | | | | | | **38,376.18** |
| Account No.<br>**Creditor #: 9**<br>**ATA Engineering**<br>**Attn:  Dave Hunt**<br>**San Diego, CA 92130** | - | | Shareholder - Notice Only | | | | **0.00** |

Sheet no. __1__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **38,376.18**

In re **Rocketplane Kistler, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Shareholder - Notice Only | | | | |
| Creditor #: 10 ATK Launch Systems, Inc. ATK Launch Systesm Froup PO Box 98 Magna, UT 84044 | - | | | | | | | 0.00 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| Creditor #: 11 Ayman Abdulaziz Al-Zamil PO Box 25754 Riyadh, SA 11476 | - | | | | | | | 0.00 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| Creditor #: 12 Bay Harbour 90-1LC Attn: Douglas Teitelbaum 885 Third Ave., 34th Fl. New York, NY 10021 | - | | | | | | | 0.00 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| Creditor #: 13 Bay Harbour Partners, Ltd. Attn: Douglas Teitelbaum 885 Third Ave., 34th Fl New York, NY 10021 | - | | | | | | | 0.00 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| Creditor #: 14 Bay Horbour Management, LC Atty.: Douglas Teitelbaum 885 Third Ave. 34th Floor New York, NY 10022 | - | | | | | | | 0.00 |

Sheet no. __2___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    0.00

In re **Rocketplane Kistler, Inc.** _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder - Notice Only | | | | |
| Creditor #: 15<br>BHR, LLC<br>Attyn: Douglas Teitelbaum<br>885 Third Ave.<br>34th Floor<br>New York, NY 10022 | - | | | | | | 0.00 |
| Account No. | | | Shareholder - Notice Only | | | | |
| Creditor #: 16<br>Bill Duncan<br>80 S. Palmer Dr.<br>Port Townsend, WA 98368 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| Creditor #: 17<br>Bindass Media<br>1076 Dr. E Moses Rd.<br>Worli Naka Mumbai 400-018<br>India | - | | | | | | Unknown |
| Account No. | | | Possible liability in lawsuit with Randolph Brinkley | | | | |
| Creditor #: 18<br>Brinkley, Randolph H.<br>c/o The Rosen Law Firm<br>7052nd Avenue Suite 1200<br>Seattle, WA 98104 | - | | | | | | 1,007,284.00 |
| Account No. | | | | | | | |
| Creditor #: 19<br>Brown, Daniel<br>40-904 Paganini Drive<br>Indio, CA 92203 | - | | | | | | 3,200.00 |

Sheet no. __3__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,010,484.00

In re    **Rocketplane Kistler, Inc.**                                    ,        Case No. _____

                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Creditor #: 20**<br>**Buckels, William**<br>**2902 Dunhill Trail**<br>**Woodstock, GA 30189** | - | | | | | | 5,250.00 |
| Account No. | | | Shareholder - Notice Only | | | | |
| **Creditor #: 21**<br>**C S Draper Laboratory, Inc.**<br>**c/o William S. Elias**<br>**555 Technology Square**<br>**Cambridge, MA 02139** | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| **Creditor #: 22**<br>**C.H. Robinson Worldwide**<br>**14701 Charlson Road**<br>**Eden Prairie, MN 55347** | - | | | | | | 6,296.49 |
| Account No. | | | | | | | |
| **Creditor #: 23**<br>**Cannady, Jack**<br>**1180 Merritt Lane**<br>**El Cajon, CA 92020** | - | | | | | | 50,625.00 |
| Account No. | | | Shareholder - Notice Only | | | | |
| **Creditor #: 24**<br>**Charles Limerick**<br>**90 San Juan Drive**<br>**Port Townsend, WA 98368** | - | | | | | | 0.00 |

Sheet no. __4__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **62,171.49**

In re  **Rocketplane Kistler, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 25** CT Corporation System 111 8th Ave. Fl 13 New York, NY 10011-5213 | - | | | | | | 348.00 |
| Account No. **Creditor #: 26** Custom Corporates, Inc. 11152 Westheimer #895 Houston, TX 77058 | - | | | | | | 1,981.00 |
| Account No. **Creditor #: 27** Daniel Tam 1 Avenida DeMagnolia Rancho Palos Verdes, CA 90275 | - | | Shareholder - Notice Only | | | | 0.00 |
| Account No. **Creditor #: 28** David Cochran 15414 279th Place NE Duvall, WA 98019 | - | | Shareholder - Notice Only | | | | 0.00 |
| Account No. **Creditor #: 29** Davis Wright Tremaine LLP 1201 3rd Ave., Suite 2200 Seattle, WA 98101-3045 | - | | | | | | 312,920.98 |

Sheet no. __5__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **315,249.98**

In re **Rocketplane Kistler, Inc.** _____,  Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder - Notice Only | | | | |
| Creditor #: 30<br>Debra Factor Lepore<br>824 170th Place NE<br>Bellevue, WA 98008 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Shareholder - Notice Only | | | | |
| Creditor #: 31<br>Derencorp Ventures, Inc.<br>c/o James Pllock<br>10 St. James Ave.<br>Boston, MA 02116 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Shareholder - Notice Only | | | | |
| Creditor #: 32<br>Donna Webb<br>PO Box 40<br>Lake Stevens, WA 98258 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | Shareholder - Notice Only | | | | |
| Creditor #: 33<br>Emarview Empex Limited<br>c/o James Pollock<br>10 St. James Ave.<br>Boston, MA 02116 | - | | | | | | |
| | | | | | | | 0.00 |
| Account No. | | | | | | | |
| Creditor #: 34<br>Evans, Alan<br>PO Box 7219<br>Duffy, AU | - | | | | | | |
| | | | | | | | 1,464.64 |

Sheet no. __6__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   **1,464.64**

In re   **Rocketplane Kistler, Inc.**                ,       Case No. _____

                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder - Notice Only | | | | |
| **Creditor #: 35** <br> **FAL Holdings International Ltd** <br> **PO Box 4900** <br> **Riyadh, SA** | - | | | | | | **0.00** |
| Account No. | | | Shareholder - Notice Only | | | | |
| **Creditor #: 36** <br> **Firstar Capital Corp.** <br> **Mr. Keith Arnold US Bank Corporate Treas** <br> **800 Nicollet Mall** <br> **C-MN-H18T** <br> **Minneapolis, MN 55402** | - | | | | | | **0.00** |
| Account No. | | | | | | | |
| **Creditor #: 37** <br> **Four Points Sheraton OKC** <br> **6300 Terminal Dr.** <br> **Oklahoma City, OK 73159** | - | | | | | | **1,464.64** |
| Account No. | | | Deferred Salary | | | | |
| **Creditor #: 38** <br> **French, George, Jr.** <br> **1825 Nimitz, Dr.** <br> **De Pere, WI 54115** | - | | | | | | **735,576.57** |
| Account No. | | | Shareholder - Notice Only | | | | |
| **Creditor #: 39** <br> **French, LLC** <br> **Thoms M. Olejniczak, Esq.** <br> **Liebmann, Conway, Olejniczak & Jerry SC** <br> **PO Box 23200** <br> **Green Bay, WI 54305** | - | | | | | | **0.00** |

Sheet no. __7__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

           Subtotal                  **737,041.21**
(Total of this page)

In re __Rocketplane Kistler, Inc._____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Creditor #: 40** **GD French Investments** **1825 Nimitz Dr.** **De Pere, WI 54115** | - | | | | | | | 43,547.88 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| **Creditor #: 41** **George E. Mueller** **218 Main St. #443** **Kirkland, WA 98033-6712** | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| **Creditor #: 42** **Griffin Crane & Steel Services, Inc.** **38142 Highway Department Rd.** **Pearl River, LA 70452** | - | | | | | | | 492.00 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| **Creditor #: 43** **High Mark, Ltd.** **c/o James Pollock** **10 St. James Ave.** **Boston, MA 02116** | - | | | | | | | 0.00 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| **Creditor #: 44** **Honeywell - Defense & Space** **Honeywell In** **13350 US Hwy. 19N** **Clearwater, FL 34624-7290** | - | | | | | | | 0.00 |

Sheet no. __8___ of __18___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     44,039.88

In re **Rocketplane Kistler, Inc.** , Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Creditor #: 45 IOSTAR Corp. 400 West 900 North Building 10 North Salt Lake, UT 84054-2676** | | - | | | | | **Unknown** |
| Account No. **Creditor #: 46 Jack Cannady 1180 Merritt Lane El Cajon, CA 92020** | | - | Shareholder - Notice Only | | | | **0.00** |
| Account No. **Creditor #: 47 Jon Hohman JC Hohan Co., Inc. PO Box 2607 Appleton, WI 54912-2607** | | - | Shareholder - Notice Only | | | | **0.00** |
| Account No. **Creditor #: 48 KPMG Peat Marwick, LLP Attn: Ken Janeski 355 South Grand Ave. Suite 200 Los Angeles, CA 90017** | | - | Shareholder - Notice Only | | | | **0.00** |
| Account No. **Creditor #: 49 Landwerlin Trucking, Inc. 125 Sigma St. Belle Chasse, LA 70037** | | - | | | | | **6,020.00** |

Sheet no. __9___ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,020.00**

In re __Rocketplane Kistler, Inc.__ ,  Case No. _____
          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Creditor #: 50**<br>**Liebmann, Conway, Olejniczak & Jerry S.C**<br>**P.O. Box 23200**<br>**Green Bay, WI 54305-3200** | | - | | | | | | **6,527.16** |
| Account No. | | | | Shareholder - Notice Only | | | | |
| **Creditor #: 51**<br>**Lockheed Martin Space Operation**<br>**PO Box 29304**<br>**New Orleans, LA 70189** | | - | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Creditor #: 52**<br>**LOU-CON, Inc.**<br>**3100 E. Saint Bernard Hwy.**<br>**Meraux, LA 70075-2540** | | - | | | | | | **2,221.84** |
| Account No. | | | | | | | | |
| **Creditor #: 53**<br>**MacDonald Dettwiler**<br>**9445 Airport Road**<br>**Brampton ON L6S 4J3**<br>**Canada** | | - | | | | | | **Unknown** |
| Account No. | | | | Shareholder - Notice Only | | | | |
| **Creditor #: 54**<br>**Maranello Holdings, LLC**<br>**Peter Wainman, Managing Director**<br>**Patagonia Capital, LLC**<br>**539 Hopewell Road**<br>**South Glastonbury, CT 06073** | | - | | | | | | **0.00** |

Sheet no. __10__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | **8,749.00**

In re   **Rocketplane Kistler, Inc.**                                      ,   Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Creditor #: 55** **McDermott, John** **103 Candlish Harbor** **Oshkosh, WI 54902** | - | | | | | | | **3,750.00** |
| Account No. | | | | Shareholder - Notice Only | | | | |
| **Creditor #: 56** **Mellitus Establishment** **Attn:  James Owens** **Foreign Business Idemnity, Ltd.** **1st Fl. Woodcock House High St.** **Wimbleton** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| **Creditor #: 57** **Mr. Michael Lovejoy/Trust Acct.** **107 Church Ave.** **Oshkosh, WI 54901** | - | | | | | | | **5,500.00** |
| Account No. | | | | | | | | |
| **Creditor #: 58** **Mueller, Dr. George E.** **218 Main St. #443** **Kirkland, WA 98033** | - | | | | | | | **112,000.00** |
| Account No. | | | | | | | | |
| **Creditor #: 59** **Nestle France** **7 Blvd. Pierre Carle BP 900 Noisiel** **Marnela Vallee F-77446** **France** | - | | | | | | | **0.00** |

| | | |
|---|---|---|
| Sheet no. **11** of **18** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **121,250.00** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

In re   **Rocketplane Kistler, Inc.**          ,     Case No. _____

                         Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Shareholder - Notice Only | | | | |
| **Creditor #: 60** **NORROC Venuture Partners, LLC** **Attn: Petter Kleppan** **One Maritime Plaza** **San Francisco, CA 94111** | | - | | | | | 0.00 |
| Account No. | | | | | | | |
| **Creditor #: 61** **North American Aerospace** **250 Vandenberg** **Ste B-016** **Colorado Springs, CO 80914-3808** | | - | | | | | 9,000.00 |
| Account No. | | | Shareholder - Notice Only | | | | |
| **Creditor #: 62** **Northrop Grumman Systems, Cort.** **One Northrop Grumman Ave.** **El Segundo, CA 90245** | | - | | | | | 0.00 |
| Account No. | | | Shareholder - Notice Only | | | | |
| **Creditor #: 63** **Orca Bay Capital Corp.** **1301 First Ave. Ste 200** **Seattle, WA 98104** | | - | | | | | 0.00 |
| Account No. | | | Rent for 1825 Nimitz Drive, Green Bay, WI | | | | |
| **Creditor #: 64** **Orde Advertising Inc.** **1825 Nimitz Drive** **De Pere, WI 54115** | | - | | | | | 4,019.10 |

Sheet no. __12__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **13,019.10**

In re **Rocketplane Kistler, Inc.** , Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Creditor #: 65 Prime Time Cold Storage, LLC 1065 E. Walnut Ave. Carson, CA 90746 | - | | | | | | | 61,506.00 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| Creditor #: 66 Primex Aetospace Corp. AttnL. Diane Lobb 11350 137th Pl NE Redmond, WA 98052 | - | | | | | | | 0.00 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| Creditor #: 67 Princeton Credit, LLC Attn: Gordon Lee 820 Harvard St. Santa Monica, CA 90403-2206 | - | | | | | | | 0.00 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| Creditor #: 68 Randolph H. Brinkley 32 Village Circle Manhattan Beach, CA 90266 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Creditor #: 69 Regan Powers Davis Wright Tremaine LLP 1201 3rd Ave. Suite 2200 Seattle, WA 98101-1688 | - | | | | | | | Unknown |

Sheet no. __13__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

61,506.00

In re __Rocketplane Kistler, Inc.__ _____,   Case No. _____

                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Creditor #: 70 Reiss Companies, LLC 701 Paydras St. #3826 New Orleans, LA 70139-7917 | | - | | | | | 929.60 |
| Account No. | | | Shareholder - Notice Only | | | | |
| Creditor #: 71 Richard Kohrs 3933 RAU Dr. Dickinson, TX 77539 | | - | | | | | 0.00 |
| Account No. | | | Shareholder - Notice Only | | | | |
| Creditor #: 72 Robert Wang 616 Holmby Ave. Los Angeles, CA 90024 | | - | | | | | 0.00 |
| Account No. | | | Shareholder - Notice Only | | | | |
| Creditor #: 73 Rogich Communications Group 3800 Howard Hughes Parkway Suite 560 Las Vegas, NV 89109 | | - | | | | | 0.00 |
| Account No. | | | Shareholder - Notice Only | | | | |
| Creditor #: 74 Ryan Curtis 8026 28th Ave., NW Seattle, WA 98117 | | - | | | | | 0.00 |

Sheet no. __14__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)           929.60

In re **Rocketplane Kistler, Inc.** _____ ,     Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.    Creditor #: 75 **Saudi Systems Corp.** **PO Box 22232** **Riadh, SA** | - | | Shareholder - Notice Only | | | | 0.00 |
| Account No.    Creditor #: 76 **Schenk Business Solutions** **200 E. Washington Street** **PO Box 1739** **Appleton, WI 54912-1739** | - | | Accounting Services | | | | 13,592.66 |
| Account No.    Creditor #: 77 **Space Explorers, Inc.** **1825 Nimitz Dr.** **De Pere, WI 54115** | - | | | | | | 27,935.76 |
| Account No.    Creditor #: 78 **Swan Enterprises** **c/o Joe Cuzzupoli** **3644 Preserve Blvd** **Panama City, FL 32408** | - | | | | | | 67,500.00 |
| Account No.    Creditor #: 79 **Thrifty Car Rental of OKC** **7100 Terminal Drive** **Oklahoma City, OK 73159-0900** | - | | Car rental services | | | | 447.60 |

Sheet no. __15__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**109,476.02**

In re **Rocketplane Kistler, Inc.** , Case No. _____
                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Possible liability in lawsuit with Wilbur Trafton | | | | |
| Creditor #: 80 Trafton, Wilbur c/o The Rosen Law Firm 7052nd Avenue Suite 1200 Seattle, WA 98104 | - | | | | | | | | 1,059,862.16 |
| Account No. | | | | | Shareholder - Notice Only | | | | |
| Creditor #: 81 Trophy Hunter Investments, Ltd Attn: Douglas Teitelbaum 885 Third Ave., FL 34 New York, NY 10022-4834 | | | | | | | | | 0.00 |
| Account No. | | | | | Shareholder - Notice Only | | | | |
| Creditor #: 82 Unigraphics Rose Marie Glazer, General Counsel Diemens Product Lifecycle Software 5800 Granite Parkway, Suite 600 Plano, TX 75024 | - | | | | | | | | 0.00 |
| Account No. | | | | | | | | | |
| Creditor #: 83 United Mileage Plus PO Box 94014 Palatine, IL 60094-4014 | - | | | | | | | | 14,601.00 |
| Account No. | | | | | Storage | | | | |
| Creditor #: 84 Vertigo, Inc. 20590 Cereal St., #100 Lake Elsinore, CA 92530 | - | | | | | | | | 8,100.00 |

Sheet no. __16__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,082,563.16

In re __Rocketplane Kistler, Inc.__ ,                              Case No. _____

_Debtor_

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Creditor #: 85**<br>**Vivace Corporation**<br>**PO Box 983**<br>**Duvall, WA 98019** | - | | | | | | | |
| | | | | | | | | 9,600.00 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| **Creditor #: 86**<br>**Walter Kistler**<br>**11423 Redmond Woodinville Rd. NE**<br>**Redmond, WA 98052** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| **Creditor #: 87**<br>**Wilbur C. Trafton**<br>**1101 First St. #205**<br>**Coronado, CA 92118** | - | | | | | | | |
| | | | | | | | | 0.00 |
| Account No. | | | | Accounting fees | | | | |
| **Creditor #: 88**<br>**Woodrum, Kemendo, Tate & Cuite, P.C.**<br>**321 S. Boston Suite 200**<br>**Tulsa, OK 74103** | - | | | | | | | |
| | | | | | | | | 33,239.25 |
| Account No. | | | | Shareholder - Notice Only | | | | |
| **Creditor #: 89**<br>**Woodstead Associates, LP**<br>**885 Third Ave., 34th Floor**<br>**New York, NY 10022** | - | | | | | | | |
| | | | | | | | | 0.00 |

Sheet no. __17__ of __18__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)

42,839.25

In re __Rocketplane Kistler, Inc.__ _____ , Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Shareholder - Notice Only | | | | |
| **Creditor #: 90**<br>**Zico Limited**<br>**Attn: Jean-Marc Jorand c/o GSF**<br>**Route Des Acacias 18**<br>**1211 Geneva 24, Switzerland** | - | | | | | | | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __18__ of __18__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal<br>(Total of this page) | **0.00** |
| Total<br>(Report on Summary of Schedules) | **3,662,429.51** |

In re    **Rocketplane Kistler, Inc.**            Case No. _____

                                        Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| | |

**0**
\_\_\_\_\_ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

In re    **Rocketplane Kistler, Inc.**           ,      Case No. _____

                                    Debtor

# SCHEDULE H - CODEBTORS

     Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

**0**

_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                               Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Rocketplane Kistler, Inc.**            Case No. _____

                                         Debtor(s)         Chapter     **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Majority Shareholder of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 15, 2010**                Signature     **/s/ George French**

                                                   **George French**

                                                   **Majority Shareholder**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Rocketplane Kistler, Inc.**          Case No. _____

                                         Debtor(s)          Chapter    **7** _____

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None   ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2008 through current - no income; only business loss |

---

**2. Income other than from employment or operation of business**

None   ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

         AMOUNT                   SOURCE

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ■

b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None ■

c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Wilbur C. Trafton and Randolph Brinkley v. Rocketplane Kistler, Inc. et. al., case no. 08-C-99** | **Money Judgment** | **Eastern District of Wisconsin** | **Pending** |
| **Creditor in the bankruptcy of owner/shareholder George French. Case: In re George D. French, Jr., Case No. 10-29939-svk** | **Chapter 7 Bankruptcy** | **Eastern District of Wisconsin Bankruptcy Court** | **Filed 6/15/2010** |

None ■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**5. Repossessions, foreclosures and returns**

None
■
List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■
a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■
b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■
List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■
List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Steinhilber, Swanson, Mares, Marone & Mc 107 Church Avenue P.O. Box 617 Oshkosh, WI 54903-0617** | **May and June 2010. Debtor has paid a total of $10,000 retainer against fees for this corporate bankruptcy and 4 other bankruptcies, including George French's personal Chapter 7. Fees are billed hourly** | **$10,000** |

**10. Other transfers**

None ■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

**13. Setoffs**

None ■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| **Kim Ward** | **Bookkeeper** |
| **Woodrum, Kemendo, Tate & Cuite, P.C.**<br>**321 S. Boston Suite 200**<br>**Tulsa, OK 74103** | **CPA, 2008 and 2009** |
| **Cole & Reed**<br>**531 Couch Dr., Suite 200**<br>**Oklahoma City, OK 73102-2251** | **CPA 2008 and 2009** |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **George French** | **1825 Nimitz Dr.** |
| | **De Pere, WI 54115** |
| | |
| **Woodrum, Kemendo, Tate & Cuite, P.C.** | **321 S. Boston Suite 200** |
| | **Tulsa, OK 74103** |
| | |
| **Cole & Reed** | **531 Couch Dr., Suite 200** |
| | **Oklahoma City, OK 73102-2251** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                    DATE ISSUED

---

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| **2007** | | |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **2007** | **George French (?)** |

---

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS            NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Rocketplane, Inc.** | | **Rocketplane, Inc. holds 100% of the shares. See the shareholders of Rocketplane, Inc., attached.** |

---

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                 ADDRESS                 DATE OF WITHDRAWAL

None ■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS            TITLE                DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
| --- | --- |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **June 15, 2010**                    Signature    **/s/ George French**

                                                       **George French**
                                                       **Majority Shareholder**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

# Kistler Aerospace Corporation

| ID No. | Name | Type | Date of Issuance | Basis of Issuance | Date of Disposition | Basis of Disposition | Outstanding | Number |
|--------|------|------|------------------|-------------------|---------------------|----------------------|-------------|--------|
| C-1 | Aerojet-General Corporation | Common Stock | 7/18/2005 | Bankruptcy Plan 4.5 (d)(ii) | | | Yes | 3,003,992 |
| C-2 | Northrop Grumman Corporation | Common Stock | 7/18/2005 | Bankruptcy Plan 4.5 (d)(ii) | | | Yes | 1,406,054 |
| C-3 | Honeywell Defense Avionics Systems | Common Stock | 7/18/2005 | Bankruptcy Plan 4.5 (d)(ii) | | | Yes | 211,775 |
| C-4 | General Dynamics OTS Redmond, f/k/a Primex | Common Stock | 7/18/2005 | Bankruptcy Plan 4.5 (d)(ii) | | | Yes | 20,243 |
| C-5 | George E. Mueller | Common Stock | 7/8/2005 | Common Stock Grant Agreement | | | Yes | 9,502,260 |
| C-6 | Randolph H. Brinkley | Common Stock | 7/8/2005 | Common Stock Grant Agreement | | | Yes | 9,502,260 |
| C-7 | Wilbur C. Trafton | Common Stock | 7/8/2005 | Common Stock Grant Agreement | | | Yes | 4,751,130 |
| C-8 | Daniel C. Tam | Common Stock | 7/8/2005 | Common Stock Grant Agreement | 7/8/2005 | Transfer to certificate (s) #C-50, Balance cancelled per employment termination | No | 2,375,565 |
| C-9 | Joseph W. Cuzzupoli | Common Stock | 7/8/2005 | Common Stock Grant Agreement | | | Yes | 2,375,565 |
| C-10 | Jack C. Cannady | Common Stock | 7/8/2005 | Common Stock Grant Agreement | | | Yes | 2,375,565 |
| C-11 | Richard H. Kohrs | Common Stock | 7/8/2005 | Common Stock Grant Agreement | | | Yes | 2,138,009 |
| C-12 | Ameen Al-Turki | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 41,129 |
| C-13 | Ayman Abdulaziz Al-Zamil | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 11,769 |
| C-14 | Bay Harbour Management L.C. | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | 9/27/2006 | Transfer to C-51, 52 & 53 | No | 52,098 |
| C-15 | BHR, LLC | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | 9/27/2006 | Transfered to C-51, 52 & 53 | No | 208,391 |
| C-16 | Derencorp Ventures, Inc. | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 1,327,968 |
| C-17 | Emarview Empex Limited | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 1,327,968 |

Printed with Corporate Focus

# Kistler Aerospace Corporation

| ID No. | Name | Type | Date of Issuance | Basis of Issuance | Date of Disposition | Basis of Disposition | Outstanding | Number |
|--------|------|------|------------------|-------------------|---------------------|---------------------|-------------|--------|
| C-18 | Ltd. FAL Holdings International | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 11,770 |
| C-19 | High Mark Limited | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 624,419 |
| C-20 | Walter Kistler | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 36,883 |
| C-21 | KPMG Peat Marwick, LLP | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 4,140 |
| C-22 | Mellitus Establishment | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 694,527 |
| C-23 | George E. Mueller | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 8,284 |
| C-24 | Orca Bay Capital Corporation | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 524,759 |
| C-25 | Princeton Credit LLC | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 18,885 |
| C-26 | Rogich Communications Group | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 3,556 |
| C-27 | Saudi Systems Corp. | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 134,280 |
| C-28 | Robert Wang | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 8,590 |
| C-29 | Unigraphics Solutions | Common Stock | 9/30/2005 | Satisfaction of Unsecured Claim | | | Yes | 9,846 |
| C-30 | William Duncan | Common Stock | 11/18/2005 | Original Issue | | | Yes | 11,878 |
| C-31 | Donna A. Webb | Common Stock | 11/18/2005 | Original Issue | | | Yes | 17,816 |
| C-32 | Ryan Curtis | Common Stock | 11/18/2005 | Original Issue | | | Yes | 35,633 |
| C-33 | Debra Facktor Lepore | Common Stock | 11/18/2005 | Original Issue | | | Yes | 89,084 |
| C-34 | David Cochran | Common Stock | 11/18/2005 | Original Issue | | | Yes | 47,511 |
| C-35 | Charles D. Limerick | Common Stock | 11/18/2005 | Original Issue | | | Yes | 59,389 |
| C-36 | Randolph H. Brinkley | Common Stock | 3/3/2006 | Original Issue | | | Yes | 6,263,750 |
| C-37 | Wilbur C. Trafton | Common Stock | 3/3/2006 | Original Issue | | | Yes | 3,131,875 |
| C-38 | Jack C. Cannady | Common Stock | 3/3/2006 | Original Issue | | | Yes | 252,103 |
| C-39 | Joseph W. Cuzzupoli | Common Stock | 3/3/2006 | Original Issue | | | Yes | 252,103 |
| C-40 | Richard H. Kohrs | Common Stock | 3/3/2006 | Original Issue | | | Yes | 226,893 |

Printed with Corporate Focus

# Kistler Aerospace Corporation

| ID No. | Name | Type | Date of Issuance | Basis of Issuance | Date of Disposition | Basis of Disposition | Outstanding | Number |
|--------|------|------|------------------|-------------------|---------------------|----------------------|-------------|--------|
| C-41 | George E. Mueller | Common Stock | 3/3/2006 | Original Issue | | | Yes | 1,008,414 |
| C-42 | French Properties LLC | Common Stock | 3/3/2006 | Original Issue | | | Yes | 452,215 |
| C-43 | Randolph H. Brinkley | Common Stock | 3/22/2006 | Warrant Conversion | | | Yes | 198,466,064 |
| C-44 | Jack C. Cannady | Common Stock | 3/22/2006 | Warrant Conversion | | | Yes | 33,077,678 |
| C-45 | Joseph W. Cuzzupoli | Common Stock | 3/22/2006 | Warrant Conversion | | | Yes | 33,077,678 |
| C-46 | Richard H. Kohrs | Common Stock | 3/22/2006 | Warrant Conversion | | | Yes | 29,769,909 |
| C-47 | George E. Mueller | Common Stock | 3/22/2006 | Warrant Conversion | | | Yes | 132,310,708 |
| C-48 | Wilbur C. Trafton | Common Stock | 3/22/2006 | Warrant Conversion | | | Yes | 99,233,032 |
| C-49 | French Properties LLC | Common Stock | 3/22/2006 | Original Issue | | | Yes | 5,420,302 |
| C-50 | Daniel C. Tam | Common Stock | 3/22/2006 | Transfer from certificate(s) C-8 | | | Yes | 593,891 |
| C-51 | Bay Harbour 90-1, L.C. | Common Stock | 9/27/2006 | From C-14 & 15 | | | Yes | 95,339 |
| C-52 | Bay Harbour Master Ltd. | Common Stock | 9/27/2006 | From C-14 & 15 | | | Yes | 98,725 |
| C-53 | Trophy Hunter Investments, Ltd. | Common Stock | 9/27/2006 | From C-14 & 15 | | | Yes | 66,425 |
| PA-1 | Bay Harbour 90-1, L.C. | Series A Preferred Stock | 7/18/2005 | Satisfaction of Outstanding Notes | | | Yes | 56,718,657 |
| PA-2 | Bay Harbour Partners, Ltd. | Series A Preferred Stock | 7/18/2005 | Satisfaction of Outstanding Notes | | To PA-32 | No | 58,775,095 |
| PA-3 | Trophy Hunter Investments, Ltd. | Series A Preferred Stock | 7/18/2005 | Satisfaction of Outstanding Notes | | | Yes | 39,492,309 |
| PA-4 | High Mark Limited | Series A Preferred Stock | 7/18/2005 | Satisfaction of Outstanding Notes | | | Yes | 7,263,611 |
| PA-5 | U.S. Bancorp Libra | Series A Preferred Stock | 7/18/2005 | 4.3(c) Satisfaction of Allowed Sr. Secured Claim | | | Yes | 6,439,628 |
| PA-6 | Orca Bay Capital Corporation | Series A Preferred Stock | 7/18/2005 | 4.3(c) Satisfaction of Allowed Sr. Secured Claim | | | Yes | 5,914,931 |
| PA-7 | Zico Limited | Series A Preferred Stock | 7/18/2005 | 4.3(c) Satisfaction of Allowed Sr. Secured Claim | | | Yes | 5,785,143 |
| PA-8 | Woodstead Associates L.P. | Series A Preferred Stock | 7/18/2005 | 4.3(c) Satisfaction of Allowed Sr. Secured Claim | | | Yes | 3,220,330 |

Printed with Corporate Focus

# Kistler Aerospace Corporation

| ID No. | Name | Type | Date of Issuance | Basis of Issuance | Date of Disposition | Basis of Disposition | Outstanding | Number |
|--------|------|------|------------------|-------------------|---------------------|----------------------|-------------|--------|
| PA-9 | Mellitus Establishment | Series A Preferred Stock | 7/18/2005 | 4.3(c) Satisfaction of Allowed Sr. Secured Claim | | | Yes | 2,428,182 |
| PA-10 | Maranello Holdings, LLC | Series A Preferred Stock | 7/14/2005 | 4.3(c) Satisfaction of Allowed Sr. Secured Claim | | | Yes | 1,032,046 |
| PA-11 | ATA Engineering, Inc. | Series A Preferred Stock | 7/14/2005 | 4.5(d)(i) Claim Treatment and Program Agr. | | | Yes | 277,897 |
| PA-12 | C.S. Draper Laboratory, Inc. | Series A Preferred Stock | 7/14/2005 | 4.5(d)(i) Claim Treatment and Program Agr. | | | Yes | 848,577 |
| PA-13 | Lockheed Martin Corporation | Series A Preferred Stock | 7/14/2005 | 4.5(d)(i) Claim Treatment and Program Agr. | | | Yes | 2,190,690 |
| PA-14 | Oceaneering International, Inc. | Series A Preferred Stock | 7/14/2005 | 4.5(d)(i) Claim Treatment and Program Agr. | | | Yes | 1,892,116 |
| PA-15 | Randolph H. Brinkley | Series A Preferred Stock | 3/3/2006 | Original Issue | | | Yes | 2,708,333 |
| PA-16 | Wilbur C. Trafton | Series A Preferred Stock | 3/3/2006 | Original Issue | | | Yes | 2,237,500 |
| PA-17 | Jack C. Cannady | Series A Preferred Stock | 3/3/2006 | Original Issue | | | Yes | 1,950,000 |
| PA-18 | Joseph W. Cuzzupoli | Series A Preferred Stock | 3/3/2006 | Original Issue | | | Yes | 2,040,000 |
| PA-19 | Richard H. Kohrs | Series A Preferred Stock | 3/3/2006 | Original Issue | | | Yes | 1,586,667 |
| PA-20 | George E. Mueller | Series A Preferred Stock | 3/3/2006 | Original Issue | | | Yes | 2,383,333 |
| PA-21 | French Properties LLC | Series A Preferred Stock | 3/3/2006 | Original Issue | | | Yes | 267,546,101 |
| PA-22 | Randolph H. Brinkley | Series A Preferred Stock | 3/22/2006 | Warrant Conversion | | | Yes | 65,000,000 |
| PA-23 | Jack C. Cannady | Series A Preferred Stock | 3/22/2006 | Warrant Conversion | | | Yes | 46,800,000 |
| PA-24 | Joseph W. Cuzzupoli | Series A Preferred Stock | 3/22/2006 | Warrant Conversion | | | Yes | 48,960,000 |
| PA-25 | Richard H. Kohrs | Series A Preferred Stock | 3/22/2006 | Warrant Conversion | | | Yes | 38,080,000 |
| PA-26 | George E. Mueller | Series A Preferred Stock | 3/22/2006 | Warrant Conversion | | | Yes | 57,200,000 |
| PA-27 | Wilbur C. Trafton | Series A Preferred Stock | 3/22/2006 | Warrant Conversion | | | Yes | 53,700,000 |
| PA-28 | French Properties LLC | Series A Preferred Stock | 3/22/2006 | Warrant Conversion | | | Yes | 3,367,930,143 |
| PA-29 | Trophy Hunter Investments, Ltd. | Series A Preferred Stock | 3/22/2006 | Original Issue | | | Yes | 617,974,619 |
| PA-30 | Bay Harbour 90-1, L.C. | Series A Preferred Stock | 3/22/2006 | Original Issue | | | Yes | 883,428,899 |
| PA-31 | Bay Harbour Master Ltd. | Series A Preferred Stock | 3/22/2006 | Original Issue | | | Yes | 904,533,781 |

# Kistler Aerospace Corporation

| ID No. | Name | Type | Date of Issuance | Basis of Issuance | Date of Disposition | Basis of Disposition | Outstanding | Number |
|--------|------|------|------------------|-------------------|---------------------|----------------------|-------------|--------|
| PA-32 | Bay Harbour Master Ltd. | Series A Preferred Stock | | From PA-2 | | | Yes | 58,775,095 |
| W-1 | French Properties LLC | Common Stock Warrant | 2/24/2006 | Original Issue | | | Yes | 25,516 |
| W-2 | George E. Mueller | Common Stock Warrant | 2/24/2006 | Original Issue | | | Yes | 563,335 |
| W-3 | Jack C. Cannady | Common Stock Warrant | 2/24/2006 | Original Issue | | | Yes | 140,833 |
| W-4 | Richard H. Kohrs | Common Stock Warrant | 2/24/2006 | Original Issue | | | Yes | 126,750 |
| W-5 | Joseph W. Cuzzupoli | Common Stock Warrant | 2/24/2006 | Original Issue | | | Yes | 140,833 |
| W-6 | Wilbur C. Trafton | Common Stock Warrant | 2/24/2006 | Original Issue | | | Yes | 422,501 |
| W-7 | Randolph H. Brinkley | Common Stock Warrant | 2/24/2006 | Original Issue | | | Yes | 845,002 |
| WA-1 | Northrop Grumman Corporation | Series A Preferred Stock Warrant | 6/3/2005 | Original Issue | | | Yes | 11,562,452 |
| WA-2 | French Properties LLC | Series A Preferred Stock Warrant | 2/24/2006 | Original Issue | | | Yes | 14,359,527 |
| Prom-1 | Bay Harbour Management L.C. | Promissory Note | 10/30/2006 | Original Issue | | | Yes | 247,038 |
| Prom-2 | George French Jr. | Promissory Note | 10/30/2006 | Original Issue | | | Yes | 2,084,811 |

|  |  |  |  |  |  |  | **Total Outstanding:** | **7,170,991,227** |

Printed with Corporate Focus

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re    **Rocketplane Kistler, Inc.**          Case No.

                                                      Debtor(s)          Chapter     **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 2,500.00 |
| Prior to the filing of this statement I have received | $ | 2,500.00 |
| Balance Due | $ | 0.00 |

2.   The source of the compensation paid to me was:

     ☐ Debtor     ☑ Other (specify):     **Note: this is an hourly engagement with charges paid pre-petition and post-petition at usual and customary hourly rates**

3.   The source of compensation to be paid to me is:

     ☑ Debtor     ☐ Other (specify):

4.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
            **Advice on duties and obligations as Debtor; Necessary creditor, court and Trustee contacts**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
            **Services requiring special expertise not available in-house.**

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **June 15, 2010**

                                         **/s/ Paul G. Swanson**
                                         **Paul G. Swanson**
                                         **Steinhilber, Swanson, Mares, Marone & McDermott**
                                         **107 Church Avenue**
                                         **P.O. Box 617**
                                         **Oshkosh, WI 54903-0617**
                                         **920-235-6690   Fax: 920-426-5530**

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re   **Rocketplane Kistler, Inc.**

Debtor(s)

Case No. _____

Chapter  **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Majority Shareholder of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  **June 15, 2010**

**/s/ George French**

**George French**/**Majority Shareholder**
Signer/Title

Abercrombie & Kent
1411 Opus Place
Downers Grove, IL 60515-1098

Active Innovations
218 Main St. #333
East Setauket, NY 11733

AEROJET-General Corp.
PO Box 13222
Sacramento, CA 95813-6000

AMEEN, Al-Turki
C/O National Commercial Bank
PO Box 61866
Riyadh, SA 11575

Andrews Aerospace
3415 S. 116th Street, Ste 123
Seattle, WA 98168

AOPA
421 Aviation Way
Frederick, MD 21701

Associated Visa Business Card
PO Box 790408
Saint Louis, MO 63179-0408

ATA Engineering
Attn: Dave Hunt
San Diego, CA 92130

ATK Launch Systems, Inc.
ATK Launch Systesm Froup
PO Box 98
Magna, UT 84044

Ayman Abdulaziz Al-Zamil
PO Box 25754
Riyadh, SA 11476

Bay Harbour 90-1LC
Attn: Douglas Teitelbaum
885 Third Ave., 34th Fl.
New York, NY 10021

Bay Harbour Partners, Ltd.
Attn: Douglas Teitelbaum
885 Third Ave., 34th Fl
New York, NY 10021

Bay Horbour Management, LC
Atty.: Douglas Teitelbaum
885 Third Ave.
34th Floor
New York, NY 10022

BHR, LLC
Attyn: Douglas Teitelbaum
885 Third Ave.
34th Floor
New York, NY 10022

Bill Duncan
80 S. Palmer Dr.
Port Townsend, WA 98368

Bindass Media
1076 Dr. E Moses Rd.
Worli Naka Mumbai 400-018
India

Brinkley, Randolph H.
c/o The Rosen Law Firm
7052nd Avenue Suite 1200
Seattle, WA 98104

Brown, Daniel
40-904 Paganini Drive
Indio, CA 92203

Buckels, William
2902 Dunhill Trail
Woodstock, GA 30189

C S Draper Laboratory, Inc.
c/o William S. Elias
555 Technology Square
Cambridge, MA 02139

C.H. Robinson Worldwide
14701 Charlson Road
Eden Prairie, MN 55347

Cannady, Jack
1180 Merritt Lane
El Cajon, CA 92020

Charles Limerick
90 San Juan Drive
Port Townsend, WA 98368

CT Corporation System
111 8th Ave. Fl 13
New York, NY 10011-5213

Custom Corporates, Inc.
11152 Westheimer #895
Houston, TX 77058

Daniel Tam
1 Avenida DeMagnolia
Rancho Palos Verdes, CA 90275

David Cochran
15414 279th Place NE
Duvall, WA 98019

Davis Wright Tremaine LLP
1201 3rd Ave., Suite 2200
Seattle, WA 98101-3045

Debra Factor Lepore
824 170th Place NE
Bellevue, WA 98008

Derencorp Ventures, Inc.
c/o James Pllock
10 St. James Ave.
Boston, MA 02116

Donna Webb
PO Box 40
Lake Stevens, WA 98258

Emarview Empex Limited
c/o James Pollock
10 St. James Ave.
Boston, MA 02116

Evans, Alan
PO Box 7219
Duffy, AU

FAL Holdings Intermational Ltd
PO Box 4900
Riyadh, SA

Firstar Capital Corp.
Mr. Keith Arnold US Bank Corporate Treas
800 Nicollet Mall
C-MN-H18T
Minneapolis, MN 55402

Four Points Sheraton OKC
6300 Terminal Dr.
Oklahoma City, OK 73159

French, George, Jr.
1825 Nimitz, Dr.
De Pere, WI 54115

French, LLC
Thoms M. Olejniczak, Esq.
Liebmann, Conway, Olejniczak & Jerry SC
PO Box 23200
Green Bay, WI 54305

GD French Investments
1825 Nimitz Dr.
De Pere, WI 54115

George E. Mueller
218 Main St. #443
Kirkland, WA 98033-6712

George French
1825 Nimitz Dr.
De Pere, WI 54115

Griffin Crane & Steel Services, Inc.
38142 Highway Department Rd.
Pearl River, LA 70452

High Mark, Ltd.
c/o James Pollock
10 St. James Ave.
Boston, MA 02116

Honeywell - Defense & Space Honeywell In
13350 US Hwy. 19N
Clearwater, FL 34624-7290

IOSTAR Corp.
400 West 900 North
Building 10
North Salt Lake, UT 84054-2676

Jack Cannady
1180 Merritt Lane
El Cajon, CA 92020

Jon Hohman
JC Hohan Co., Inc.
PO Box 2607
Appleton, WI 54912-2607

KPMG Peat Marwick, LLP
Attn: Ken Janeski
355 South Grand Ave.
Suite 200
Los Angeles, CA 90017

Landwerlin Trucking, Inc.
125 Sigma St.
Belle Chasse, LA 70037

Liebmann, Conway, Olejniczak & Jerry S.C
P.O. Box 23200
Green Bay, WI 54305-3200

Lockheed Martin Space Operation
PO Box 29304
New Orleans, LA 70189

LOU-CON, Inc.
3100 E. Saint Bernard Hwy.
Meraux, LA 70075-2540

MacDonald Dettwiler
13800 Commerce Parkway
Richmond, British Columbia
Canada V6V 2J3

MacDonald Dettwiler
9445 Airport Road
Brampton ON L6S 4J3
Canada

Maranello Holdings, LLC
Peter Wainman, Managing Director
Patagonia Capital, LLC
539 Hopewell Road
South Glastonbury, CT 06073

McDermott, John
103 Candlish Harbor
Oshkosh, WI 54902

Mellitus Establishment
Attn: James Owens
Foreign Business Idemnity, Ltd.
1st Fl. Woodcock House High St.
Wimbleton

Mr. Michael Lovejoy/Trust Acct.
107 Church Ave.
Oshkosh, WI 54901

Mueller, Dr. George E.
218 Main St. #443
Kirkland, WA 98033

Nestle France
7 Blvd. Pierre Carle BP 900 Noisiel
Marnela Vallee F-77446
France

NORROC Venutre Partners, LLC
Attn: Petter Kleppan
One Maritime Plaza
San Francisco, CA 94111

North American Aerospace
250 Vandenberg
Ste B-016
Colorado Springs, CO 80914-3808

Northrop Grumman Systems, Cort.
One Northrop Grumman Ave.
El Segundo, CA 90245

Orca Bay Capital Corp.
1301 First Ave. Ste 200
Seattle, WA 98104

Orde Advertising Inc.
1825 Nimitz Drive
De Pere, WI 54115

Prime Time Cold Storage, LLC
1065 E. Walnut Ave.
Carson, CA 90746

Primex Aetospace Corp.
AttnL. Diane Lobb
11350 137th Pl NE
Redmond, WA 98052

Princeton Credit, LLC
Attn: Gordon Lee
820 Harvard St.
Santa Monica, CA 90403-2206

Randolph H. Brinkley
32 Village Circle
Manhattan Beach, CA 90266

Regan Powers
Davis Wright Tremaine LLP
1201 3rd Ave. Suite 2200
Seattle, WA 98101-1688

Reiss Companies, LLC
701 Paydras St. #3826
New Orleans, LA 70139-7917

Richard Kohrs
3933 RAU Dr.
Dickinson, TX 77539

Robert Wang
616 Holmby Ave.
Los Angeles, CA 90024

Rogich Communications Group
3800 Howard Hughes Parkway
Suite 560
Las Vegas, NV 89109

Ryan Curtis
8026 28th Ave., NW
Seattle, WA 98117

Saudi Systems Corp.
PO Box 22232
Riadh, SA

Schenk Business Solutions
200 E. Washington Street
PO Box 1739
Appleton, WI 54912-1739

Space Explorers, Inc.
1825 Nimitz Dr.
De Pere, WI 54115

Swan Enterprises
c/o Joe Cuzzupoli
3644 Preserve Blvd
Panama City, FL 32408

Thrifty Car Rental of OKC
7100 Terminal Drive
Oklahoma City, OK 73159-0900

Trafton, Wilbur
c/o The Rosen Law Firm
7052nd Avenue Suite 1200
Seattle, WA 98104

Trophy Hunter Investments, Ltd
Attn: Douglas Teitelbaum
885 Third Ave., FL 34
New York, NY 10022-4834

Unigraphics
Rose Marie Glazer, General Counsel
Diemens Product Lifecycle Software
5800 Granite Parkway, Suite 600
Plano, TX 75024

United Mileage Plus
PO Box 94014
Palatine, IL 60094-4014

Vertigo, Inc.
20590 Cereal St., #100
Lake Elsinore, CA 92530

Vivace Corporation
PO Box 983
Duvall, WA 98019

Walter Kistler
11423 Redmond Woodinville Rd. NE
Redmond, WA 98052

Wilbur C. Trafton
1101 First St. #205
Coronado, CA 92118

Woodrum, Kemendo, Tate & Cuite, P.C.
321 S. Boston Suite 200
Tulsa, OK 74103

Woodstead Associates, LP
885 Third Ave., 34th Floor
New York, NY 10022

Zico Limited
Attn: Jean-Marc Jorand c/o GSF
Route Des Acacias 18
1211 Geneva 24, Switzerland

# United States Bankruptcy Court
## Eastern District of Wisconsin

In re  **Rocketplane Kistler, Inc.** _____  Case No. _____
                                    Debtor(s)                    Chapter  **7** _____


## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)


Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Rocketplane Kistler, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Rocketplane, Inc.**
**1825 Nimitz Dr.**
**De Pere, WI 54115**



☐ None [*Check if applicable*]




**June 15, 2010** _____        **/s/ Paul G. Swanson** _____
Date                                          **Paul G. Swanson**
                                              Signature of Attorney or Litigant
                                              Counsel for  **Rocketplane Kistler, Inc.** _____
                                              **Steinhilber, Swanson, Mares, Marone & McDermott**
                                              **107 Church Avenue**
                                              **P.O. Box 617**
                                              **Oshkosh, WI 54903-0617**
                                              **920-235-6690 Fax:920-426-5530**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy